NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARMEN GUZMAN-MUELLING,**
*Petitioner,*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2013-3128

---

Petition for review of an arbitrator's decision in No. CH-2012-0005-R-C by Bernice L. Fields.

---

**JUDGMENT**

---

THOMAS J. GAGLIARDO, AFGE Local 1923, of Baltimore, Maryland, argued for petitioner.

SARAH M. VALENTI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and FRANKLIN E. WHITE, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|    August 28, 2014    | /s/  Daniel  E.  O'Toole |
|:---------------------:|:-------------------------|
|         Date          | Daniel E. O'Toole        |
|                       | Clerk of Court           |